**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed July 15, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00154-CV

---

### IN RE DOJO BAY HOUSE, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-60692**

---

## MEMORANDUM DISSENTING OPINION

Relator has not provided an original-proceeding record that complies with the mandatory requirements of Texas Rule of Appellate Procedure 52.7, which is a condition precedent to this court determining the original proceeding on the merits. *See* Code Construction Act, Tex. Gov't Code Ann. § 311.016(3) (defining "must"); Tex. R. App. P. 52.7; *In re Kholaif*, Nos. 14-20-00731-CV & 14-20-00732-CV, 2020 WL 7013339, at *1–4 (Tex. App.—Houston [14th Dist.] Nov. 25, 2020,

order)[1], *disp.*, 615 S.W.3d 369, 370 (Tex. App.—Houston [14th Dist.] 2020) (orig. proceeding).

The court should have notified relator of the procedural issue with the original-proceeding record so that it could be cured. *See Kholaif*, 2020 WL 7013339, at \*1, 615 S.W.3d at 370. The court did not, which is a due-process and due-course-of-law issue. *See In re Pena*, 619 S.W.3d 837, 839 (Tex. App.— Houston [14th Dist.] 2021) (orig. proceeding) (Bourliot, J., dissenting); *Kholaif*, 2020 WL 7013339, at \*3.

I dissent to the court not notifying the relator of the procedural issue with the record and denying the petition on the merits without a proper record. I express no opinion on the merits of the petition for writ of mandamus.

/s/    Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Spain and Wilson. (Christopher, C.J., majority).

---

[1] Westlaw incorrectly states that the November 25, 2020 interlocutory order and dissent "has not been released for publication in the permanent law reports. Until released, it is subject to revision or withdrawal."